IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JEFFREY EDWARD MOSS,<br><br>       Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS; FOOD SERVICE CONTRACTOR FOR GEORGIA DEPARTMENT OF CORRECTIONS; and JOHN DOE,<br><br>       Defendants. | CIVIL ACTION NO.: 6:19-cv-20 |



## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 25. Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint, **DENIES as moot** all pending Motions, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 12th day of January, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA